1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ALEX ZAVALA-TAPIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-297-WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| ALEX ZAVALA-TAPIA, | ) | DATE: October 31, 2011 |
| | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. William B. Shubb |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney, and defendant, ALEX ZAVALA-TAPIA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, October 17, 2011 be continued to Monday, October 31, 2011 at 9:30 a.m..

The parties have reached a resolution in this matter. The requested continuance will allow the parties time to finalize and submit the necessary documents to the court, and to review those documents with the defendant.

It is further stipulated that the time period from the date of this stipulation, October 14, 2011, through and including the date of the

new status conference hearing, October 31, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare] as defense counsel needs to explain the ramifications of the proposed resolution to his client.

DATED: October 14, 2011          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 */s/ Benjamin Galloway*
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ALEX ZAVALA-TAPIA

DATED: October 14, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 */s/ Benjamin Galloway for*
                                 SAMUEL WONG
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, October 14, 2011, through and including October 31, 2011,

2

pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for October 31, 2011, at 9:30 a.m..

DATED:   October 14, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE