```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ALEX ZAVALA-TAPIA
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-297-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER** |
| ) | |
| ALEX ZAVALA-TAPIA, ) | DATE: October 31, 2011 |
| ) | TIME: 9:30 a.m. |
| ) | JUDGE: Hon. William B. Shubb |
| Defendants. ) | |

It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney, and defendant, ALEX ZAVALA-TAPIA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, October 31, 2011 is to be vacated.

DATED: October 21, 2011      Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             ALEX ZAVALA-TAPIA

/ / /

DATED: October 21, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 */s/ Benjamin Galloway for*
                                 SAMUEL WONG
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

It is here by order that the status conference set for October 31, 2011 is hereby vacated.

DATED: October 26, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE