BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-297 WBS |
| Plaintiff, | PLAINTIFF'S MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT ALEX ZAVALA-TAPIA AFTER SUCCESSFUL COMPLETION OF DEFERRED PROSECUTION AGREEMENT AND ORDER THEREON |
| v. | |
| ALEX ZAVALA-TAPIA, | |
| Defendant. | Court: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Samuel Wong, Assistant United States Attorney, hereby moves to dismiss the Indictment in this case against defendant Alex Zavala-Tapia only on the grounds that: (1) the parties had previously entered into a deferred prosecution agreement calling for the dismissal of the Indictment upon Zavala-Tapia's successful completion of the deferred prosecution term; and (2) Zavala-Tapia has successfully completed that term as of April 20, 2012.

Counsel for defendant Zavala-Tapia has informed the

1

undersigned prosecutor that Zavala-Tapia joins in the request for dismissal of the Indictment against Zavala-Tapia only.

DATED: April 26, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Samuel Wong

By: _____
SAMUEL WONG
Assistant U.S. Attorney

**ORDER**

The Court having received, read, and considered the motion of plaintiff United States of America for an order dismissing the Indictment against defendant Alex Zavala-Tapia only, and good cause appearing therefrom, it is hereby ordered that the motion of the United States is hereby granted in its entirety and the Indictment is hereby ordered dismissed against Zavala-Tapia only.

It is so ORDERED.

DATED: April 27, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE